**1211 MICHELSON vs. BOARD OF POLICE COMMISSIONERS AND COMMON COUNCIL** (Saginaw), No. 15839; 3 D. L. N., 810; 70 N. W., 142. (Certiorari to Saginaw.)

To compel the police commissioners to reinstate relator upon the police force, and the Common Council to pay to relator his salary while under suspension.

The circuit judge denied the writ. Affirmed February 18, 1897, with costs.

Relator was removed in December, 1894, and apparently acquiesced in the action of the board, and on March 12, 1896, the petition in the present case was filed. It appeared, however, by the return that on January 8, 1896, relator had been removed regularly, so that he is not entitled to be reinstated. The other question is ruled by Wilkinson vs. Police Commissioners, Supra.